IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MESO SCALE DIAGNOSTICS, LLC., | § | |
| MESO SCALE TECHNOLOGIES, LLC., | § | |
| | § | |
| Plaintiffs-Below, Appellants, | § | |
| | § | No. 389, 2014 |
| v. | § | |
| | § | Court Below: |
| ROCHE DIAGNOSTICS GMBH, | § | Court of Chancery of the |
| ROCHE DIAGNOSTICS CORP., | § | State of Delaware |
| ROCHE HOLDING LTD., IGEN | § | |
| INTERNATIONAL, INC., IGEN | § | C.A. No. 5589-VCP |
| LS LLC, LILLI ACQUISITION CORP., | § | |
| BIOVERIS CORP., | § | |
| | § | |
| Defendants-Below, Appellees. | § | |

Submitted: June 17, 2015
Decided: June 18, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices; and **MEDINILLA**, Judge;[*] constituting the Court *en Banc*.

## **O R D E R**

This 18th day of June 2015, the Court, after hearing oral argument and upon consideration of the record in this case, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its exhaustive and well-reasoned opinion, dated June 25, 2014.[1]

---

[*] Sitting by designation under Del. Const. art. IV, § 12.
[1] *Meso Scale Diagnostics, LLC v. Roche Diagnostics GmbH*, 2014 WL 2919333 (Del. Ch. June 25, 2014)

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice